16CR 448

JUDGE LEINENWEBER
MAGISTRATE JUDGE ROWLAND

*Felony*    CAT III

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge?   **NO**
   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   1b. Should this indictment or information receive a new case number from the court?   YES

2) Is this an indictment or information that supersedes one or more previously filed indictments or information?   **NO**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?   **NO**

5) Is this a transfer of probation supervision from another district to this District?   **NO**

6) What level of offense is this indictment or information?   **Felony**

7) Does this indictment or information involve eight or more defendants?   **NO**

8) Does this indictment or information include a conspiracy count?   **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:   **Narcotics offense**   *Category III*

10) List the statute of each of the offenses charged in the indictment or information.
    18:1349
    21:841(a)(1) and 846

FILED
JUL 14 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____
Assistant United States Attorney

(Revised 12/99)