# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE MASON |
|---|---|---|---|
| CASE NUMBER | 12 GJ 1065 | DATE | 14 JULY 2016 |
| CASE TITLE | U.S. v. MOHAMMED SHARIFF, et al | | 16CR 448 |

DOCKET ENTRY TEXT     **UNDER SEAL**    JUDGE LEINENWEBER

### Grand Jury Proceeding

MAGISTRATE JUDGE ROWLAND

The Grand Jury for SPECIAL JANUARY 2015 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  MAGISTRATE JUDGE MASON

---

TO ISSUE BENCH WARRANTS. BOND TO BE DETERMINED AT ARRAIGNMENT AS TO MOHAMMED SHARIFF and IRFAN MOHAMMED.

BOND TO BE DETERMINED AT ARRAIGNMENT AS TO THEODORE GALVANI. DEFENDANT WILL SELF-SURRENDER.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF ALL OF THE DEFENDANTS, OR BY FURTHER ORDER OF THE COURT, WHICHEVER OCCURS FIRST.

**DO NOT SEAL ARREST WARRANTS.**

**RECEIVED**
JUL 1 4 2016

SIGNATURE OF JUDGE or MAGISTRATE JUDGE  _Michael Mason_  (ONLY IF FILED UNDER SEAL)

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Courtroom Deputy Initials: rbf

*Warrants issued to U.S. Marshals defendants 1 & 3 by YAP on 7-15-2016.*

Page 1 of 1