

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

,

Plaintiff(s),

v.

Irfan Mohammed,

Defendant(s).

Case No. 16 CR 448 - 3
Judge Harry D. Leinenweber

## ORDER

The Court grants Attorney Dean Polales leave to file his appearance on behalf of defendant Irfan Mohammed. Arraignment held on 8/9/2016. Defendant enters plea of not guilty to the Indictment. 16.1(A) Conference to be held by 8/25/2016. Status hearing set for 8/31/2016 at 9:00 a.m. Enter excludable delay in theinterest of justice to begin 8/9/2016 and end 8/31/2016 pursuant to 18:3161(h)(7)(A)(B). (X-T)

Time: 0:05

Date: 8/9/2016

Harry D. Leinenweber
United States District Judge